No. 433, Misc. RAY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 468, Misc. TOWNSEND *v.* CITY OF HELENA. Sup. Ct. Ark. Certiorari denied.

No. 488, Misc. MONTAGUE *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 489, Misc. CORN *v.* OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 492, Misc. ARNOLD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 493, Misc. DORIAN *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 496, Misc. PIERCE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 504, Misc. JOHNSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Phylis Skloot Bamberger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 510, Misc. FURTAK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 518, Misc. McDONOUGH *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Certiorari denied.